No. 95–7798. Nunez v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 95–7800. Bernardez v. Office of Personnel Management. C. A. Fed. Cir. Certiorari denied.

No. 95–7802. Cluck v. Osherow, Trustee. C. A. 5th Cir. Certiorari denied.

No. 95–7804. Tarabolski v. Town of Sharon, Massachusetts, et al. C. A. 1st Cir. Certiorari denied.

No. 95–7810. Dykes v. Southeastern Pennsylvania Transportation Authority et al. C. A. 3d Cir. Certiorari denied.

No. 95–7814. Hill v. King, Warden. C. A. 11th Cir. Certiorari denied.

No. 95–7816. Escusa v. Office of Personnel Management. C. A. Fed. Cir. Certiorari denied.

No. 95–7817. Graves v. Burrell, Judge, Justice Court of Sunflower County. Sup. Ct. Miss. Certiorari denied.

No. 95–7819. Dubuc v. Hopper, Judge, Tulsa County. Ct. Crim. App. Okla. Certiorari denied.

No. 95–7820. Gibson v. Jones, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 95–7822. Andrews v. Georgia State Board of Pardons and Paroles et al. C. A. 11th Cir. Certiorari denied.

No. 95–7823. Billups v. Schotten, Warden. C. A. 6th Cir. Certiorari denied.

No. 95–7824. Banks v. California et al. C. A. 9th Cir. Certiorari denied.

No. 95–7827. Billberry v. International Brotherhood of Electrical Workers, Local 47, et al. C. A. 9th Cir. Certiorari denied.